IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKY DUNN                                                                                           PLAINTIFF
ADC #101772

V.                                          NO. 5:06CV00126 JMM

JAMES BYERS, et al                                                                          DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date and pursuant to the order entered June 7, 2006 (docket entry #7), judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its orders, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 30th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE